October 17, 2015

Melody Ann Epperson v. The State of Texas

Case # 07-15-00384-CR
Trial Court Case # 8645

FILED
OCT 26 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

I received the letter stating that my notice of appeal appears to be filed untimely.

1.) I do not have an attorney to file the motion either in person or by certified mail.

2.) I am incarcerated at the Woodman Unit.

3.) I am indigent and filing Pro Se'.

4.) I did date the motion for September 23, 2015.
That should have been the date you received it in your office.
I prepared it September 17, 2015.

5.) The motion was placed in the Woodman mailbox by me on September 17, 2015.

6.) I have no control over when the Woodman Unit mailroon sends Correspondence out.

I now have these questions to be addressed.

1.) Do I need to go ahead and apply for a Court appointed attorney?

2.) Do I need to file charges against Judge Vanderpool; the District Attorney; the District Court Clerk's Office (primarily Mrs. Dronda Kelsey); t/or Gray County?

3.) The above mentioned people should not be allowed to break the law and get by with it! I broke the law and am being held accountable!
Is it acceptable for people with high legal positions to accept money bribes; t favors? and discriminate against people with no money?

4.) Is it acceptable for my constitutional rights to good/fair legal representation be violated?

5.) Do I need to file discrimination lawsuit against Judge Vanderpool; Gray County District Attorney; t the Gray County District Court Clerk's Office (primarily Mrs. Dronda Kelsey)?

6.) Do I need to file a lawsuit against the Woodman Unit for failure to mail out my legal documents in a timely manner? Therefore delaying the filing my motion for appeal?

I pray for favor from the 7th District

Court of Appeals on this matter.

*Melody Ann Epperson*

Melody Ann Epperson
#2016536
1210 Coryell City Rd.
Gatesville, Tx 76528

Dated: October 17, 2015

Melody Epperson #2016536
Woodman Unit
1310 Coryell City Rd.
Gatesville, Tx 76528

ALSTIN TX 787
RIO GRANDE DISTRICT
20 OCT 2015 PM 4 L

Legal

Court of Appeals
7th District of Texas
P.O. Box 9540
Amarillo, Texas

Legal